IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARC D. HENRY | CRIMINAL CASE NO.<br>1:13-CR-0049-SCJ |

### ORDER

This matter is before the Court for consideration of the Report and Recommendation of Magistrate Judge Justin S. Anand [Doc. No. 34], to which no objections have been filed. After reviewing the Report and Recommendation, it is received with approval and adopted as the Opinion and Order of this Court. Accordingly, the motion to suppress evidence and statements by defendant Marc D. Henry [Doc. No. 16] is hereby **DENIED**.

**IT IS SO ORDERED** this 18th day of June, 2013.

s/Steve C. Jones
STEVE C. JONES
UNITED STATES DISTRICT JUDGE